IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE: 1:22-cv-01093-SKC

ACCESS 4 ALL INCORPORATED
and JOHN MEGGS,

    Plaintiffs,

v.

HZ PROPS RE, LTD. and HZ OPS
HOLDINGS, INC. D/B/A POPEYE'S
LOUISIANA KITCHEN.

    Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiffs, ACCESS 4 ALL INCORPORATED and JOHN MEGGS, by and through his undersigned counsel, hereby dismiss Defendants, HZ PROPS RE, LTD. and HZ OPS HOLDINGS, INC. D/B/A POPEYE'S LOUISIANA KITCHEN, with Prejudice.

Dated this October 11, 2022.

    Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on October 11, 2022.

      Respectfully Submitted,

      **GARCIA-MENOCAL & PEREZ, P.L.**
      *Attorneys for Plaintiff*
      1600 Broadway
      Denver, CO 80202
      Telephone: (305) 553-3464
      Facsimile: (305) 553-3031
      Primary E-Mail: ajperez@lawgmp.com
      Secondary E-Mail: dperaza@lawgmp.com

      By: */s/ Anthony J. Perez*
           ANTHONY J. PEREZ